**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6381**

———————

JEFFERY E. SHORT,

           Plaintiff — Appellant,

      v.

CHARLES L. MANN, SR.; WILLIS J. FOWLER; ANDREW P. TERRELL;
ROBERT C. LEWIS,

           Defendants — Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.  (5:09-ct-03155-BO)

———————

Submitted:  June 16, 2011          Decided:   June 21, 2011

———————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffery E. Short, Appellant Pro Se.   Elizabeth F. Parsons,
Assistant Attorney General, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffery E. Short appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Short v. Mann, No. 5:09-ct-03155-BO (E.D.N.C. Feb. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED